STEFAN PASSANTINO*
spassantino@michaelbest.com
JUSTIN CLARK*
jrclark@michaelbest.com
JOSEPH L. OLSON*
jlolson@michaelbest.com
NICHOLAS J. BOERKE*
njboerke@michaelbest.com
MICHAEL BEST & FRIEDR CH LLP
1000 Maine Avenue SW, Suite 400
Washington, D.C. 20024
Telephone: (202) 747-9560
Facsimile: (202) 347-1819

HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
GREGORY R. MICHAEL (SBN: 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Admitted pro hac vice*
*Counsel for Plaintiffs*

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3624
Fax: (415) 703-5843
E-mail: Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MELISSA MELENDEZ,** et. al,<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM**, et. al,<br><br>Defendants. | Case No.: 2:19-cv-01506-MCE-DB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER THEREON**<br>**(Fed. R. Civ. P. 41(a)(1)(A))**<br><br>Judge: Morrison C. England, Jr. |

1

Plaintiffs Melissa Melendez, Bill Ali Essayli, Charles McDougald, The Republican National Committee, and The California Republican Party, and Defendants Gavin Newsom, and Alex Padilla, in their official capacities, stipulate to the voluntary dismissal with prejudice of this action under Federal Rule of Civil Procedure 41(a)(1)(A).  The parties further stipulate that except as set forth in their settlement agreement, the parties bear their own attorneys' fees, expenses, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  April 13, 2020

**MICHAEL BEST & FRIEDRICH LLP**

By:  /s/ Justin R. Clark
Stefan Passantino, D.C. Bar No. 480037*
Justin R. Clark, D.C. Bar No. 499621*
Joseph L. Olson, WI Bar No. 1046162*
Nicholas J. Boerke, WI Bar No. 1083217*
Michael Best & Friedrich LLP
1000 Maine Avenue SW, Suite 400
Washington, D.C. 20024
*Admitted pro hac vice*
*Attorneys for Plaintiffs*

**DHILLON LAW GROUP INC.**

By:  /s/ Harmeet K. Dhillon
Harmeet K. Dhillon, SBN 207873
Mark P. Meuser, SBN 231335
Gregory Michael, SBN 306814
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, California 94108
*Attorneys for Plaintiffs*

Dated: April 13, 2020

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

/ s /  Chad A. Stegeman (as authorized on April 13, 2020)
CHAD A. STEGEMAN
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

In consideration of the parties' stipulation, Plaintiffs Melissa Melendez, Bill Ali Essayli, Charles McDougald, The Republican National Committee, and The California Republican Party's complaint is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A). Except as set forth in their settlement agreement, the parties bear their own attorneys' fees, expenses, and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  April 28, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE